IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VERSUS                                             CRIMINAL NO. 3:03cr160-HTW-JCS

SARA CHRISTINE MORGAS

---

ORDER FOR RETURN OF BOND MONEY

THIS CAUSE is before the Court on defendant's motion for disbursement of bond money. On November 2, 2004, the Court allowed the defendant to remain free on the bond set and posted in the Western District of Texas in the sum of $10,000.00 with a 10% deposit. This money was subsequently transferred to this court according to the records of the finance department. There being no objection by the government to the return of this money to the defendant, the Court concludes that the motion for disbursement of bond money should be granted.

IT IS HEREBY ORDERED that the Clerk of Court disburse the sum of $1,000.00 to Sara Christine Morgas, 4713 Excalibur Drive, El Paso, TX 79902.

SO ORDERED, this the 7th day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE